IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN KOTYK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | CA: 1:25-CV-12456<br><br>Judge: Robert W. Gettleman<br><br>Magistrate Judge: Jeannice W. Appenteng |

**<u>PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby stipulates that Plaintiff's claim is to be dismissed in its entirety without prejudice, with the parties to bear their own costs and attorneys' fees. The Defendants have not made an appearance in this matter. The dismissal shall be effective upon filing of this motion.

DATED: November 18, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Robert M. DeWitty, Esquire
　　　　　　　　　　　　　　　　　　　　Bar no.: 006210112
　　　　　　　　　　　　　　　　　　　　D&A|RM DeWitty, U.S. Pat. Atty., LLC
　　　　　　　　　　　　　　　　　　　　1500 K Street, 2nd Fl., RM213
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　141 W. Jackson Blvd., Ste 4216
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604

Tel: 202-571-7070 / 202 888-4309
Email: rmdewitty@dewittyip.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on November 18, 2025 with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.